E-Filed: **6/22/09**

JS - 6

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Maria Lucia Padilla,** ) | CASE NO. CV 09-2446-GHK (RCx) |
|       **Plaintiff,** ) | |
|       **v.** ) | **JUDGMENT** |
| **Federal Deposit Insurance Corporation, substituted for IndyMac Bank F.S.B., et al,** ) | |
|       **Defendant.** ) | |

    Pursuant to our Order dismissing Defendant Federal Deposit Insurance Corporation on June 1, 2009, and our Order dismissing Defendant Trustee Corps on June 22, 2009, **IT IS HEREBY ADJUDGED** that Defendants shall have judgment against Plaintiff on all claims.  Plaintiff shall take nothing by her Complaint.

    **IT IS SO ORDERED.**

DATED: June 22, 2009

                                                          _____
                                                          GEORGE H. KING
                                                     United States District Judge